## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALVIN MCCULLOUGH,**                                                                 **PLAINTIFF**
**ADC #131910**

**v.**                                        **4:20-cv-00912-KGB/JTK**

**WENDY KELLEY,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).    Plaintiff Alvin McCullough has not objected to the proposed findings and recommendations, and the time for filing objections has passed. After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. McCullough's complaint for failure to prosecute.

It is so ordered this 21st day of October, 2020.

Kristine G. Baker
United States District Judge